**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1621

YASMANI GURRI RUBIO,

Plaintiff - Appellant,

v.

THE CITY OF ALEXANDRIA, VIRGINIA; JUSTIN M. WILSON, Mayor in his individual capacity; ADP CODY SAVAGE, in his individual capacity; ADP MICHAEL ROCHE, in his individual capacity; ADP ROBERT POND, in his individual capacity; ADP JAMIE BRIDGEMAN, in his individual capacity; CHIEF OF ALEXANDRIA POLICE, in his individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:24-cv-00193-DJN)

Submitted:  December 13, 2024                    Decided:  April 14, 2025

Before AGEE and BENJAMIN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Yasmani Gurri Rubio, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellant Yasmani Gurri Rubio appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant Appellant's motion to file a supplemental brief, we deny as moot his motions to expedite and accelerate case processing, deny his remaining motions—including his motion to dismiss the appeal for failure to prosecute—and affirm the district court's order. *Rubio v. City of Alexandria*, No. 3:24-cv-00193-DJN (E.D. Va. June 17, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*